Jimmy Don MONTGOMERY *v.* STATE of Arkansas

RC 91-9                                                802 S.W.2d 472

Supreme Court of Arkansas
Opinion delivered February 18, 1991

*C.D. Mitchell*, for movant.

No response.

PER CURIAM. Appellant Jimmy Don Montgomery, by his attorney, has filed a motion for a rule on the clerk.

His attorney, C.D. Mitchell, admits by motion and brief that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.

The motion is therefore granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.